**UNITED STATES of America, Plaintiff–Appellee**

**v.**

**Jose Luis BARRIOS–BELTRAN, also known as Jose Luiz Barrios, also known as Jose Luis Barrios Beltran, Defendant–Appellant.**

**No. 08–20781**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 30, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Sarah Beth Landau, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jose Luis Barrios–Beltran raises arguments that are foreclosed by *United States v. Lopez–Ortiz,* 313 F.3d 225, 229–31 (5th Cir.2002), which held that an immigration judge's failure to inform an alien of

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

his eligibility for discretionary waiver of removal at his removal proceeding did not render the proceeding fundamentally unfair. *See Romero–Rodriguez v. Gonzales,* 488 F.3d 672, 677 n. 5 (5th Cir.2007). The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

